# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: <br><br> CENTRAL GROCERS, INC., *et al.*, <br><br> Debtors. | Chapter 7 <br><br> Case No. 17-13886 <br> (Jointly Administered) <br><br> Hon. Janet S. Baer |
| HOWARD B. SAMUELS, solely as chapter 7 trustee of the estates of CENTRAL GROCERS, INC., *et al.*,[1] <br><br> Plaintiff, <br><br> v. <br><br> SUNSET FOOD MART, INC., and NORTHBROOK SUNSET FOOD MART, INC., <br><br> Defendants. | Adversary No. 19-01022 |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Howard B. Samuels, not individually, but as Chapter 7 trustee for the bankruptcy estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC, and defendants Sunset Food Mart, Inc., and Northbrook Sunset Food Mart, Inc., by and through their respective counsel, hereby stipulate to the dismissal of the above-captioned adversary proceeding in its entirety with prejudice.

---

[1] The Debtors in these Chapter 7 cases, along with the last four of each debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

1

| | |
|---|---|
| Dated: | Respectfully submitted, |
| /s/ *Leo B. Oppenheimer* | /s/ *Richard A. Bixter* |
| Eric D. Madden (admitted pro hac vice) | Richard A. Bixter, Esq. |
| J. Benjamin King (admitted pro hac vice) | Richard R. Winter, Esq. |
| Leo B. Oppenheimer (admitted pro hac vice) | HOLLAND & KNIGHT LLP |
| REID COLLINS & TSAI LLP | 150 N. Riverside Plaza, Suite 2700 |
| 1601 Elm Street, 42nd Floor | Chicago, IL 60606 |
| Dallas, TX 75201 | (312) 422-9032 (T) |
| (214) 420-8900 (T) | (312) 578-6666 (F) |
| (214) 420-8909 (F) | Richard.bixter@hklaw.com |
| emadden@reidcollins.com | Richard.winter@hklaw.com |
| bking@reidcollins.com | |
| loppenheimer@reidcollins.com | *Counsel for Defendants Sunset Food Mart, Inc., and Northbrook Sunset Food Mart, Inc.* |
| *Special Litigation Counsel to Howard B. Samuels, Chapter 7 Trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC* | |